UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE D. GRAYSON, JR.,

    Defendant.

Case No. 21-CR-044

[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

---

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about August 8, 2020, in the State and Eastern District of Wisconsin,

**JESSE D. GRAYSON, JR.,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Taurus, model G2C, 9mm pistol, bearing serial number TMR90042.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1.      On or about August 30, 2020, in the State and Eastern District of Wisconsin,

**JESSE D. GRAYSON, JR.,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.      The firearm is more fully described as a Taurus, model G2C, 9mm pistol, bearing serial number TMD65081.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, Jesse D. Grayson, Jr., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(1), including, but not limited to: a Taurus, model G2C, 9mm pistol, bearing serial number TMD65081 and a Taurus, model G2C, 9mm pistol, bearing serial number TMR90042.

A TRUE BILL:

███████████████

FOREPERSON

Date: Feb. 23, 2021

for Margaret B. Hh
RICHARD G. FROHLING
Acting United States Attorney

3